**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **ELISTON F. GEORGE,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:15cv00320** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **Y. TAYLOR,** *et al.*, | ) | **By: Norman K. Moon** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendants' motion to dismiss (Docket No. 23) is **GRANTED**, defendants' motion to stay discovery (Docket No. 28) is **DISMISSED** as moot, and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This __21st__ day of February, 2017.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE